1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel, L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-7227
3  Telephone: 504-828-3700
   Facsimile: 504-828-3737
4

5        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                     (SAN FRANCISCO)

7  FRANCES SERANIA and STEPHEN LEE,       )
8  individually and on behalf of all others )
   similarly situated,                     )
9                                          )
          Plaintiff,                       ) Case No.: CV 08 01313 VRW
10                                         )
11  vs.                                    ) **APPLICATION**
                                           ) **FOR ADMISSION OF ATTORNEY**
12  ERIN CAPITAL MANAGEMENT, LLC;          ) **PRO HAC VICE**
    ELTMAN, ELTMAN & COOPER, P.C.;         )
13  DONALD B. SERAFANO, an individual;     )
    DOES I THROUGH 10,                     )
14                                         )
15        Defendants.                      )

16        Pursuant to Civil L.R. 11-3, David Israel, an active member in good standing of the bar of

17  Louisiana, hereby applies for admission to practice in the Northern District of California on a *pro*

18  *hac* basis representing defendants, Erin Capital Management, LLC and Eltman, Eltman &

19  Cooper, P.C. (collectively "Defendants"), in the above-entitled action.

20        In support of this application, I certify on oath that:

21    1.  I am an active member in good standing of a United States Court or of the highest
22
23        court of another State or the District of Columbia, as indicated above;

24    2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local

25        Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing,* and to

26        become familiar with the Local Rules and the Alternative Dispute Resolution

27        programs of this Court; and,

28

1  3.  An attorney who is a member of the bar of this Court in good standing and who matains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Debbie P. Kirkpatrick, Esq.
Sessions, Fishman, Nathan & Israel L.L.P.
3667 Voltaire Street
San Diego, CA 92106
(619) 758-1891

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 3, 2008.

_____
David Israel

- 2 -

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**DAVID ISRAEL, ESQ., #7174**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 9th Day of October, 1981 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 17th Day of March, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana