|   |   |
|---|---|
| 1 | David Israel, Esq. |
|   | Sessions, Fishman, Nathan & Israel, L.L.P. |
| 2 | 3850 N. Causeway Blvd., Suite 200 |
|   | Metairie, Louisiana 70002-1752 |
| 3 | Telephone: 504-828-3700 |
|   | Facsimile: 504-828-3737 |
| 4 |   |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

FRANCES SERANIA and STEPHEN LEE,
individually and on behalf of all others
similarly situated,

    Plaintiff,

vs.

ERIN CAPITAL MANAGEMENT, LLC;
ELTMAN, ELTMAN & COOPER, P.C.;
DONALD B. SERAFANO, an individual;
DOES I THROUGH 10,

    Defendants.

Case No.: CV 08 1313 VRW

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

David Israel, an active member in good standing of the bar of Louisiana, whose business address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850 N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants, Erin Capital Management, LLC and Eltman, Eltman & Cooper, P.C.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

- 1 -

1   All future filings in this action are subject to the requirements contained in General Order
2   No. 45, *Electronic Case Filing*.

Dated: _____        _____
                              United States District Judge

CASE NAME: SERANIA & LEE V. ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C. DONALD B. SERAFANO, an individual; DOES 1 through 10.
CASE NO: CV 08 1313 VRW

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**AND**

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Irving L. Berg, Esq.
The Berg Law Group
145 Town Center, PBM 493
Corte Madera, CA 94925

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 16, 2008

                                                      Ann M. Coito