1  David Israel, Esq.
   Sessions, Fishman, Nathan & Israel, L.L.P.
2  3850 N. Causeway Blvd., Suite 200
   Metairie, Louisiana 70002-1752
3  Telephone: 504-828-3700
   Facsimile: 504-828-3737
4

5              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                        (SAN FRANCISCO)

7  FRANCES SERANIA and STEPHEN LEE,           )
   individually and on behalf of all others    )
8  similarly situated,                          )
                                                )
9                                               )
            Plaintiff,                          )  Case No.: CV 08 1313 VRW
10                                              )
                                                )
11     vs.                                      )  **ORDER GRANTING APPLICATION**
                                                )  **FOR ADMISSION OF ATTORNEY**
12  ERIN CAPITAL MANAGEMENT, LLC;              )       **PRO HAC VICE**
    ELTMAN, ELTMAN & COOPER, P.C.;             )
13  DONALD B. SERAFANO, an individual;          )
    DOES I THROUGH 10,                          )
14                                              )
                                                )
15          Defendants.                         )

16
        David Israel, an active member in good standing of the bar of Louisiana, whose business
17
   address and telephone number is David Israel, Sessions, Fishman, Nathan & Israel, L.L.P., 3850
18
   N. Causeway Blvd., Suite 200, Metairie, Louisiana 70002-7227, telephone (504) 828-3700,
19
   having applied in the above-entitled action for admission to practice in the Northern District of
20
   California on a *pro hac vice* basis, representing defendants, Erin Capital Management, LLC and
21
   Eltman, Eltman & Cooper, P.C.,
22
        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
23
24 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
25 *vice*. Service of papers upon and communication with co-counsel designated in the application
26
27 will constitute notice to the party.
28

                                              - 1 -

1  All future filings in this action are subject to the requirements contained in General Order
2  No. 45, *Electronic Case Filing*.
3
4  Dated:    4/22/08
5


CASE NAME: SERANIA & LEE V. ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C. DONALD B. SERAFANO, an individual; DOES 1 through 10.
CASE NO: CV 08 1313 VRW

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

**AND**

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

( XX ) BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( ) BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( ) BY PERSONAL SERVICE

    I caused to be served by hand a true copy of the above named document as listed hereafter.

Irving L. Berg, Esq.
The Berg Law Group
145 Town Center, PBM 493
Corte Madera, CA 94925

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 16, 2008

_____
Ann M. Coito