1  David Israel, Esq. – *Admitted pro hac vice*
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
2  3850 N. Causeway Blvd., Ste. 200
   Metairie, LA  70002-7227
3  Tel: 504/828-3700
   Fax: 504/828-3737
4  disrael@sessions-law.biz

5  Debbie P. Kirkpatrick, Esq. (SBN 207112)
   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
6  3667 Voltaire Street
   San Diego, CA  92106
7  Tel: 619/758-1891
   Fax: 619/222-3667
8  dkirkpatrick@sessions-law.biz

9  Attorneys for Defendants Erin Capital Management, LLC, Eltman, Eltman & Cooper,
   P.C., Donald B. Serafano, an individual.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES SERANIA and STEPHEN LEE, individually and on behalf of all other similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C.; DONALD B. SERAFANO, an individual; DOES 1 THROUGH 10,<br><br>     Defendants. | Case No.: CV08-1313 VRW<br><br>REQUEST OF COUNSEL TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON<br><br>Date:  6/12/08<br>Time:  3:30 p.m.<br>Place: Courtroom 6, 17th Floor |

///

///

///

The undersigned, counsel of record for defendants Erin Capital Management, LLC, Eltman, Eltman & Cooper, P.C., Donald B. Serafano, an individual., hereby respectfully requests the Court's permission to participate by telephone in the Case Management Conference scheduled for June 12, 2008 at 3:30 p.m.  The basis of this request is that counsel's office is located in San Diego County, California and telephonic participation in the Case Management Conference would eliminate the significant expenditure of time and resources involved in travel to and from San Francisco.

                                  Respectfully submitted,

Dated:  05-27-08                 SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                            /s/ Debbie P. Kirkpatrick
                            Debbie P. Kirkpatrick
                            Attorney for Defendants
                            Erin Capital Management, LLC, Eltman, Eltman & Cooper, P.C., Donald B. Serafano, an individual

### [PROPOSED] ORDER

Permission is hereby granted for Debbie P. Kirkpatrick, counsel of record for defendants Erin Capital Management, LLC, Eltman, Eltman & Cooper, P.C., Donald B. Serafano, an individual., to participate by telephone in the Case Management Conference scheduled for June 12, 2008 at 3:30 p.m.

Dated:                                   _____
                                  Hon. Vaughn R. Walker
                                  United States District Judge