Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA 92106
Tel: 619/758-1891
Fax: 619/222-3667
dkirkpatrick@sessions-law.biz

Attorney for Defendants Erin Capital Management, LLC,
Eltman, Eltman & Cooper, P.C., and Donald B. Serafano

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES SERANIA and STEPHEN LEE, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C.; DONALD B. SERAFANO, an individual; DOES 1 THROUGH 10, <br><br> Defendants. | Case No.: CV08-1313 VRW <br><br> ASSOCIATION OF COUNSEL |

   Debbie P. Kirkpatrick, Sessions, Fishman, Nathan & Israel, L.L.P., being the attorney of record for Defendants Erin Capital Management, LLC, Eltman, Eltman & Cooper, P.C., and Donald B. Serafano, hereby associates Roger Raphael, Esq., of the law firm of Lewis Brisbois Bisgaard & Smith LLP as co-counsel for Defendants Erin Capital Management, LLC, Eltman, Eltman & Cooper, P.C., and Donald B. Serafano in the above-entitled action.

   The contact information for associated counsel is: Roger Raphael, Esq. (Cal. Bar

No. 111946), Lewis Brisbois Bisgaard & Smith LLP, 1 Sansome St. #1400, San Francisco, CA 94104; Telephone: 415-362-2580; Fax: 415-434-0882.

Dated: 6/6/08                           SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  ___/s/Debbie P. Kirkpatrick_____
                                  Debbie P. Kirkpatrick
                                  Attorney for Defendants
                                  Erin Capital Management, LLC
                                  Eltman, Eltman & Cooper, P.C., and
                                  Donald B. Serafano