LEWIS BRISBOIS BISGAARD & SMITH LLP
ROGER S. RAPHAEL, SB# 111946
　E-Mail: raphael@lbbslaw.com
WILLIAM P. BURANICH, SB# 144650
　E-Mail: buranich@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:　(415) 362-2580
Facsimile:　(415) 434-0882

Attorneys for Defendants ERIN CAPITAL MANAGEMENT, LLC, ELTMAN, ELTMAN & COOPER, P.C., and DONALD B. SERAFANO, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES SERANIA and STEPHEN LEE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C.; DONALD B. SERAFANO, an individual; does 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV 08 01313 VRW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that WILLIAM P. BURANICH, SB# 144650 of the LAW OFFICES OF LEWIS BRISBOIS BISGAARD & SMITH LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, Telephone: (415) 362-2580, Facsimile:(415) 434-0882. Email: buranich@lbbslaw.com, has entered his appearance on behalf of defendants ERIN CAPITAL MANAGEMENT, LLC, ELTMAN, ELTMAN & COOPER, P.C., and DONALD B. SERAFANO, an individual

DATED: June 10, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
WILLIAM P. BURANICH
Attorneys for Defendant **FIDELITY CAPITAL FUNDING, INC.**

4833-5144-0386.1

NOTICE OF APPEARANCE