```
 1  LEWIS BRISBOIS BISGAARD & SMITH LLP
    ROGER S. RAPHAEL, SB# 111946
 2     E-Mail: raphael@lbbslaw.com
    WILLIAM P. BURANICH, SB# 144650
 3     E-Mail: buranich@lbbslaw.com
    One Sansome Street, Suite 1400
 4  San Francisco, California 94104
    Telephone:    (415) 362-2580
 5  Facsimile:    (415) 434-0882

 6  Attorneys for Defendants ERIN CAPITAL MANAGEMENT, LLC,
    ELTMAN, ELTMAN & COOPER, P.C., and DONALD B. SERAFANO,
 7  an individual
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES SERANIA and STEPHEN LEE, individually and on behalf of all others similarly situated, | CASE NO. CV 08 01313 VRW |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C.; DONALD B. SERAFANO, an individual; does 1 through 10, | |
| Defendants. | |

PLEASE TAKE NOTICE that WILLIAM P. BURANICH, SB# 144650 of the LAW OFFICES OF LEWIS BRISBOIS BISGAARD & SMITH LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, Telephone: (415) 362-2580, Facsimile:(415) 434-0882. Email: buranich@lbbslaw.com, has entered his appearance on behalf of defendants ERIN CAPITAL MANAGEMENT, LLC, ELTMAN, ELTMAN & COOPER, P.C., and DONALD B. SERAFANO, an individual

DATED: June 10, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
WILLIAM P. BURANICH
Attorneys for Defendant **FIDELITY CAPITAL FUNDING, INC.**

4833-5144-0386.1

NOTICE OF APPEARANCE