**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : _June 12, 2008_

**C 08-1313 VRW   Frances Serania and Stephen Lee et al   v Erin Capital Mgmt LLC et al**

Attorneys : For Plaintiff(s):   _Irving Berg_

        For Defendant(s):   _William Burrnich_

Deputy Clerk: _Cora Klein_               Reporter: _not reported_

PROCEEDINGS:

Case Management Conference - Held

Fact Discovery Cutoff: _4/1/2009_     Designation of Experts/Reports: _3/2/2009_
Rebuttal Expert/Report: _3/16/2009_    Experts Discovery Cutoff: _4/30/2009_

SCHEDULE:

DISPOSITIVE MOTIONS HEARING: _8/28/2008 at 2:30 p.m._
File Motion:               Opposition:           Reply:

PRETRIAL CONFERENCE: _5/7/2009_ at 3:30 pm (including motions in limine)

Order to be prepared by:     Plntf_____     Deft_____     Court_x_