1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF



IT IS SO ORDERED

Judge Vaughn R Walker

Dated: 8/4/2008

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCES SERANIA and STEPHEN LEE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C.; DONALD B. SERAFANO, an individual; DOES 1 THROUGH 10,<br><br>        Defendants.. | Case No.  CV 08-01313 VRW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO [Rule 41(a)(1)(ii)]** |

IT IS HEREBY STIPULATED by and between plaintiff FRANCES SERANIA AND STEPHEN LEE ("Plaintiffs") on the one hand, and Defendants ERIN CAPITAL MANAGEMENT, LLC; ELTMAN, ELTMAN & COOPER, P.C.; DONALD B. SERAFANO, individual (collectively, "Defendants"), on the other hand, through their respective counsel of record, that the parties have reached settlement in this action and that the action against Defendants, and each of them, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees.  No class has been certified and the putative class claims shall be dismissed without prejudice.

///

///

STIPULATION FOR DISMISSAL

FRANCES SERANIA and  STEPHEN LEE v.
ERIN  CAPITAL MANAGEMENT, LLC;  et al .
1   CASE NO. CV 08-01313   VRW

1
2
3   Dated : July 28, 2008                         /s/
                                              Irving L. Berg
4                                             THE BERG LAW GROUP
                                              Attorney for Plaintiffs
5
6
    Dated: July 28, 2008                          /s/
7                                             by: Debbie P Kirkpatrick
                                              SESSIONS, FISHMAN, NATHAN
8                                             & ISRAEL, L.L.P.

9                                             Attorney for Defendants
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATION FOR DISMISSAL              FRANCES SERANIA and STEPHEN LEE v.
                                           ERIN CAPITAL MANAGEMENT, LLC; *et al* .
                            2                CASE NO. CV 08-01313   VRW